**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| UNILOC 2017 LLC, UNILOC LICENSING USA LLC, and UNILOC USA, INC, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 2:18-cv-00451-JRG-RSP |

## ORDER

Having received Plaintiffs' Notice of Dismissal Without Prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i) [Dkt. #8], the Court hereby ORDERS that the claims of all Plaintiffs against Google LLC in this matter are DISMISSED WITHOUT PREJUDICE.

**So ORDERED and SIGNED this 21st day of November, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE